Terry Gross (Bar No. 103878)
terry@gba-law.com
GROSS BELSKY ALONSO LLP
One Sansome Street, Ste. 3670
San Francisco California 94104
Telephone: ( 415) 544-0200
Facsimile: (415) 544-0201
*Attorneys for Plaintiff William S. Young*

Michael S. Feldberg
michael.feldberg@allenovery.com
Todd S. Fishman
todd.fishman@allenovery.com
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York  10020
Tel: (212) 610-6300
Fax: (212) 610-6399
*Attorneys for Defendant Barclays Bank PLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WILLIAM S. YOUNG, on behalf of himself and all others similarly situated, | Case No. CV 14-01669 (VC) |
| Plaintiff, | Hon. Vince Chhabria |
| v. | PLAINTIFF AND DEFENDANT BARCLAYS BANK'S STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R.  6-1) |
| BANK OF NOVA SCOTIA, *et al.*, | |
| Defendants. | |

WHEREAS, plaintiff William S. Young filed a complaint in the referenced civil action on April 10, 2014 (the "Complaint");

WHEREAS, other plaintiffs have filed twenty-five complaints in the Southern District of New York or elsewhere, asserting substantially similar allegations and claims as in this action ("Related Actions");

WHEREAS, on April 14, 2014, plaintiff Kevin Maher and plaintiff Eric Nalven moved the Judicial Panel on Multidistrict Litigation ("JPML"), in proceedings styled *In re: Commodity Exchange Inc., Gold Futures and Options Trading Litigation*, MDL No. 2548, to transfer and centralize this action and the Related Actions in the Southern District of New York;

WHEREAS, Plaintiff purports to have served certain defendant Barclays Bank PLC ("Barclays") with the Complaint;

WHEREAS, for the sake of efficiency and good order, the parties wish to permit sufficient time for transfer and centralization before the Barclays is required to answer, move against or otherwise respond to the Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, PURSUANT TO CIVIL LOCAL RULE 6-1:

1. Barclays' time to answer, move against or otherwise respond to the Complaint is suspended until such time as the JPML consolidation proceedings conclude and a schedule has been set for filing and responding to whatever consolidated amended complaint is ultimately to be filed in the district court determined by the JPML.

2. Barclays agrees that service of the Complaint has been effected.  Nothing in this Stipulation shall constitute (i) a waiver of any defense that Barclays may have, and all such defenses, including those related to lack of personal jurisdiction or venue, are expressly reserved, or (ii) a waiver of any position that plaintiff may have as to consolidation or coordination and plaintiff expressly reserves all such positions.

3. No prior application has been made for the relief requested herein.

Dated: June 10, 2014

GROSS BELSKY ALONSO LLP

By: /s/ *Terry Gross* .
Terry Gross (Bar No. 103878)
*Attorneys for Plaintiff William S. Young*

ALLEN & OVERY LLP

By: /s/ *Todd S. Fishman* .
Todd S. Fishman
*Attorneys for Defendant Barclays Bank PLC*

Date: June 11, 2014



IT IS SO ORDERED
Judge Vince Chhabria

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA