Terry Gross (Bar No. 103878)
terry@gba-law.com
GROSS BELSKY ALONSO LLP
One Sansome Street, Ste. 3670
San Francisco California 94104
Telephone: ( 415) 544-0200
Facsimile: (415) 544-0201
*Attorneys for Plaintiff William S. Young*

Michael S. Feldberg
michael.feldberg@allenovery.com
Todd S. Fishman
todd.fishman@allenovery.com
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York  10020
Tel: (212) 610-6300
Fax: (212) 610-6399
*Attorneys for Defendant Barclays Bank PLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM S. YOUNG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF NOVA SCOTIA, *et al.*,<br><br>Defendants. | Case No. CV 14-01669 (VC)<br><br>Hon. Vince Chhabria<br><br>**PLAINTIFF AND DEFENDANT BARCLAYS BANK'S STIPULATION AND [~~PROPOSED~~] ORDER TO ADJOURN INITIAL CASE MANAGEMENT CONFERENCE (L.R. 6-2)**<br>AS MODIFIED |

   WHEREAS, plaintiff William S. Young ("Young") filed a complaint in the referenced civil action on April 10, 2014 (the "Complaint");

   WHEREAS, other plaintiffs have filed twenty-eight complaints in the Southern District of New York or elsewhere, asserting substantially similar allegations and claims as in this action ("Related Actions");

1
**PLTF AND DEF BARCLAYS BANK'S STIPULATION AND [PROP] ORDER TO ADJOURN
INITIAL CASE MANAGEMENT CONFERENCE (L.R. 6-2)**

WHEREAS, on April 14, 2014, plaintiff Kevin Maher and plaintiff Eric Nalven moved the Judicial Panel on Multidistrict Litigation ("JPML"), in proceedings styled *In re: Commodity Exchange Inc., Gold Futures and Options Trading Litigation*, MDL No. 2548, to transfer and centralize this action and the Related Actions in the Southern District of New York;

WHEREAS, on April 30, 2014, the Court entered an order setting the initial Case Management Conference in this action for August 1, 2014 and ordering the parties to file a Joint Case Management Statement and Proposed Case Management Order no later than 7 calendar days before the Case Management Conference;

WHEREAS, on June 11, 2014, the Court so ordered a stipulation between Young and Defendant Barclays Bank PLC ("Barclays") suspending Barclays' time to answer, move against or otherwise respond to the Complaint until such time as the JPML consolidation proceedings conclude and a schedule has been set for filing and responding to whatever consolidated amended complaint is ultimately to be filed in the district court determined by the JPML;

WHEREAS, on July 31, 2014, the JPML will hear argument on the pending motion to transfer and centralize this action and the Related Actions in the Southern District of New York;

WHEREAS, for the sake of efficiency and good order, the parties wish to permit sufficient time for transfer and centralization before the parties are required to appear for the initial Case Management Conference and to file a Joint Case Management Statement and Proposed Case Management Order;

WHEREAS, the declaration of Terry Gross in support of this stipulation is filed concurrently herewith;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, PURSUANT TO CIVIL LOCAL RULE 6-2:

1. The initial Case Management Conference and the parties' obligation to submit a Joint Case Management Statement and Proposed Case Management Order are vacated.

2. Within fifteen days after the JPML rules on the pending motion to transfer, the parties will notify the Court and, if the JPML has transferred the Related Actions to this Court,

1  will request that the Court set a new Case Management Conference date that will include this

2  action and the Related Actions.

3      3.    Nothing in this Stipulation shall constitute (i) a waiver of any defense that

4  Barclays may have, and all such defenses, including those related to lack of personal jurisdiction

5  or venue, are expressly reserved, or (ii) a waiver of any position that plaintiff may have as to

6  consolidation or coordination and plaintiff expressly reserves all such positions.

7      4.    No prior application has been made for the relief requested herein.

```
5. A case management conference is set for October 21, 2014, at 10:00 a.m. with an updated
   joint case management statement to be filed by October 14, 2014.
```

Dated: July 18, 2014

                      GROSS BELSKY ALONSO LLP

                      By:   /s/ Terry Gross    .
                            Terry Gross (Bar No. 103878)
                          *Attorneys for Plaintiff William S. Young*

                      ALLEN & OVERY LLP

                      By:   /s/ Todd S. Fishman    .
                            Todd S. Fishman
                          *Attorneys for Defendant Barclays Bank PLC*

**IT IS SO ORDERED.**

Dated: July 23, 2014



_____
Hon.
Judge                    Court

IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

/s/ TERRY GROSS
Terry Gross

**CERTIFICATE OF SERVICE**

I certify that on July 18, 2014, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Northern District of California by using the USDC CM/ECF system and that all registered CM/ECF users will be served by the USDC CM/ECF system.

                              /s/ TERRY GROSS
                                  Terry Gross